# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Donald William Thornton<br>xxx-xx-8724<br>613 Northampton Road<br>East Norriton PA 19403<br><br>Debtor | : CHAPTER 13<br>:<br>:<br>: NO. 23-11494-MDC<br>:<br>:<br>: ☐ ORIGINAL PLAN<br>:<br>: ☒ _1st_ AMENDED PLAN<br>:<br>: DATE September 13, 2023 |

## CERTIFICATION OF SERVICE

I, Michael W. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on September 13, 2023 I did serve the attached Chapter 13 Plan by electronic means or regular first class mail, postage prepaid, on the persons set forth below, at the addresses listed with each name:

Office of the U.S. Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Standing Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

PA Dept. of Revenue
P.O. Box 280946
Harrisburg PA 17128-0946

Michael Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
Attorney for Montgomery County
Tax Claim Bureau

Montgomery County Tax Claim Bureau
P.O. Box 190
Norristown, PA 19404

Steven K. Eisenberg, Esquire
Daniel Jones, Esquire
1581 Main Street, Suite 200
Warrington, PA 18976
Attorneys for CSMC 2021-RPL4 Trust

Date: September 13, 2023

/s/ Michael W. Gallagher
Michael W. Gallagher, Esquire
600 West Germantown Pike
Suite 400
Plymouth Meeting PA 19462
(484)679-1488
Attorney for Debtor